U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 18 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **CHERYL ROBERSON** | * | CIVIL ACTION NO. 12-0907 |
| **VERSUS** | * | JUDGE DONALD E. WALTER |
| **CAROLYN COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is **AFFIRMED**, and this matter **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED in chambers, this 18 day of July 2013, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE